IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-00120-RJC-DSC

| | |
|---|---|
| USA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| COURTNEY DEQUAN REDFEARN, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon its own motion.

Objections to the draft Presentence Report (PSR) were due on January 6, 2020. (Doc. No. 23). Without leave to extend the deadline, on January 10, 2020, the defendant filed a particular objection to a specific offense characteristic and reserved "the right" to object to this District's "standard and special" conditions of supervised release. (Doc. No. 24 at 1-2). On April 30, 2020, again without leave, the defendant filed supplemental objections to commonly imposed conditions adopted by all the judges in this district in 2011. (Doc. No. 27). Accordingly, the Court finds it necessary to continue the sentencing hearing scheduled for May 12, 2020, to give the government adequate time to respond to the defendant's late-filed objections and for the Court to consider their resolution.

**IT IS, THEREFORE, ORDERED** that the above captioned case be continued to a date to be announced by separate order.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: May 5, 2020

Robert J. Conrad, Jr.
United States District Judge